[No. 67520-6-I.   Division One.   April 23, 2012.]

*In the Matter of the Parentage of* L.P.

JOLI MICHELLE PESEK, *Petitioner*, v. JAMES RYAN HEMANS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-5-00014-8, George N. Bowden, J., entered July 7, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 67636-9-I.   Division One.   April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON LYNN DONOVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00304-0, Richard L. Brosey, J., entered November 8, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 40770-1-II.   Division Two.   April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01598-3, James R. Orlando, J., entered May 21, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Hunt, JJ.

[No. 40801-5-II.   Division Two.   April 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY LAR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00055-5, Nelson E. Hunt, J., entered May 26, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., concurring in the result only.